IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TYLER BRANDON DEFA,<br><br>Plaintiff,<br>v.<br><br>DUCHESNE COUNTY, et al.,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:25-CV-528-TS-CMR<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Plaintiff Tyler Brandon Defa, appearing pro se, filed his Complaint on July 1, 2025.[1] This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).[2] Defendants FNU Cox, Duchesne County, Duchesne County Sheriff's Office, and Duchesne County Jail filed a Motion for Judgment on the Pleadings on November 18, 2025, seeking dismissal of all claims asserted against each of the Defendants.[3] Plaintiff did not file a response to the Motion. The Magistrate Judge issued a Report and Recommendation on July 10, 2026.[4] This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that Defendants' Motion be granted as to all eleven causes of action contained in the Complaint; that Defendants Duchesne County Sheriff's Office and the Duchesne County Jail be removed as Defendants; and Plaintiff be granted leave to

[1] Docket No. 1.

[2] Docket No. 13.

[3] Docket Nos. 21.

[4] Docket No. 29.

amend her Complaint against the remaining Defendants to correct the deficiencies explained in the Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b), a party has fourteen days from their receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the relevant pleadings and filings, and the Report and Recommendation and agrees with the Magistrate Judge's analysis and findings.

It is therefore

ORDERED that the Magistrate Judge's July 10, 2026 Report and Recommendation (Docket No. 29) is ADOPTED IN FULL. It is further

ORDERED that Defendants' Motion for Judgement on the Pleadings (Docket No. 21) is GRANTED. It is further

ORDERED that Defendants Duchesne County Sheriff's Office and Duchesne County Jail are dismissed from the case. It is further

ORDERED that Plaintiff may file an amended complaint against the remaining Defendants within 30 days of the issuance of this Order.

Dated this 18th day of August, 2026.

BY THE COURT:

Ted Stewart
United States District Judge